UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.1
Eastern Division

Blackbird Tech LLC
                Plaintiff,

v.                                      Case No.: 1:17−cv−07686
                                      Honorable Matthew F. Kennelly

BMO Harris Bank N.A.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 10, 2018:

      MINUTE entry before the Honorable Matthew F. Kennelly: Telephone status hearing held on 5/10/2018 with attorneys for both sides. The settlement agreement has been executed by both sides. Status hearing is set for 6/11/2018 at 9:30 a.m. This is an in−person status hearing. Mailed notice. (pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.