# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BLACKBIRD TECH LLC d/b/a, BLACKBIRD TECHNOLOGIES,<br><br>      Plaintiffs,<br>  v.<br><br>BMO HARRIS BANK N.A.,<br><br>      Defendant. | Case No. 1:17-cv-7686 |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is stipulated and agreed that the above-captioned action is dismissed with prejudice. It is further stipulated and agreed that each party will bear its own costs, expenses, and attorneys' fees.

Dated: May 17, 2018

**BLACKBIRD TECH LLC**

/s Christopher Freeman

By: Christopher Freeman
Blackbird Technologies
318 W. Adams St. Suite 1600
Chicago, IL 60606
Phone: (617) 307-7116
Email: cfreeman@blackbird-tech.com

*Attorney for Plaintiff BLACKBIRD TECH LLC d/b/a BLACKBIRD TECHNOLOGIES*

**JENNER & BLOCK LLP**

/s Benjamin J. Bradford

By: Benjamin J. Bradford
353 N. Clark St.
Chicago, IL 60610
Phone: 312-840-7224
Email: bbradford@jenner.com

*Attorneys for Defendant BMO Harris Bank NA*

SO ORDERED this ___ day of _____, 2018.

_____
UNITED STATES DISTRICT JUDGE